IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TONY BURKS, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action File No. |
| vs. | ) | 5:15-cv-00121-D |
| | ) | |
| I.C. SYSTEM, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of all claims asserted in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 24th day of August, 2015

| **HORMOZDI LAW FIRM, LLC** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/Shireen Hormozdi | /s/ Jonathan K. Aust |
| Shireen Hormozdi | Jonathan K. Aust |
| 1770 Indian Trail Lilburn Rd. # 175 | N.C. Bar No. 39507 |
| Norcross, Georgia 30093 | 2810 Peachtree Industrial Blvd. |
| Telephone: (678) 960-9030 | Suite D |
| shormozdi@consumerlawcenter.com | Duluth, Georgia 30097 |
| *Attorney for Plaintiff* | Telephone: (678) 253-1871 |
| | jaust@bedardlawgroup.com |
| | *Attorney for Defendant* |